UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EDGAR EFREN MORALES,<br><br>　　　Defendant. | Case No.: 17-CR-1587-DMS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND SELF-SURRENDER DATE UNTIL MAY 7, 2021 AND RESETING THE BOND EXONERATION HEARING** |

**IT IS HEREBY ORDERED** that the parties' joint motion to extend Defendant's self-surrender date to May 7, 2021 is granted. It is also ordered that the Bond Exoneration Hearing is reset to May 14, 2021 at 9:00 a.m.

Dated: February 1, 2021

_____
HON. DANA M. SABRAW
United States Chief District Judge

1